



## MEMORANDUM OPINION

No. 04-09-00679-CR

William Eugene **CALME**,
Appellant

v.

The **STATE** of Texas,
Appellee

From the 38th Judicial District Court, Real County, Texas
Trial Court No. 2008-1847-CR
Honorable W.B. Sansom, Jr., Judge Presiding

PER CURIAM

Sitting:      Sandee Bryan Marion, Justice
              Phylis J. Speedlin, Justice
              Rebecca Simmons, Justice

Delivered and Filed: January 13, 2010

DISMISSED

On December 17, 2009, appellant filed a motion stating he no longer wishes to prosecute his

appeal and asking this court to dismiss the appeal. The motion is **GRANTED**, and the appeal is

dismissed. *See* TEX. R. APP. P. 42.2(a).

PER CURIAM

DO NOT PUBLISH